FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>


<u>New</u>
660 Clarion Federal Credit Union

<u>Name Change</u>
236 Swineford National Bank – Change to 58 Fulton Bank
493 FNB Bank, NA – Change to 58 Fulton Bank
533 Community First Bank – Change to 205 Farmers National Bank of Emlenton (The)

<u>Platinum Leader Change</u>


<u>Correction</u>


<u>Removal</u>


Submitted:  1/31/2019